

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ashley Borchardt,

* From the 318th District Court
of Midland County,
Trial Court No. FM68258.

Vs. No. 11-23-00155-CV

* August 10, 2023

Brandon Borchardt,

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Ashely Borchardt's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Ashley Borchardt.